NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MIKE JOSEPH B. BABSA-AY,**
*Claimant-Appellant,*

**v.**

**Eric K. Shinseki, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2013-7036

---

Appeal from the United States Court of Appeals for Veterans Claims in 11-2629, Judge Donald L. Ivers.

---

**ON MOTION**

---

**O R D E R**

Eric K. Shinseki, Secretary of Veterans Affairs moves for a 43-day extension of time, until June 21, 2013, to file his principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

MIKE JOSEPH BABSA-AY V. SHINSEKI                                    2

The motion is granted.

FOR THE COURT

 /s/ Jan Horbaly
Jan Horbaly
Clerk

s27